

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2017

No. 04-17-00159-CV

Kenneth Brown and Laura **BROWN**,
Appellants

v.

**THE HORIZON OWNERS ASSOCIATION**, Inc.,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 16794B
Honorable Rex Emerson, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION. Costs of appeal are taxed against appellant.

It is so **ORDERED** on July 26, 2017.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2017.

_Luz Estrada_
Luz Estrada, Chief Deputy Clerk